# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Charles Willingham, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:13-cv-00169-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| D. Watkins, et al. | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 10, 2013 Order.

July 10, 2013

Frank G. Johns, Clerk
United States District Court